ACCEPTED
03-15-00638-CV
8317052
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/21/2015 9:55:13 AM
JEFFREY D. KYLE
CLERK

## NO. 03-15-00638-CV

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
12/21/2015 9:55:13 AM
JEFFREY D. KYLE
Clerk

## TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

_____

### Bridget D. Elliot, Trustee of BC Trust, Appellant
### v.

### Crosswater Yacht Club, L.P.; Crosswater Yacht Club Management, L.L.C.; Hurst Joint Venture, L.P.; Hurst Harbor GP, L.L.C.; MOF Hurst Harbor, L.P.; and Suntex Ventures, L.L.C, Appellees

_____

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 98TH JUDICIAL DISTRICT NO. D-1-GN-14-004489, HONORABLE STEPHEN YELENOSKY, JUDGE PRESIDING

### UNOPPOSED MOTION FOR EXTENSION OF TIME

Bridget D. Elliott, Trustee of BC Trust, moves the Court unopposed for an order permitting an additional thirty (30) days or until January 20, 2016 within which to file a Brief in the above appeal.

In support of its motion, Appellant state that the Brief is due December 21, 2015. The additional time is needed due to undersigned counsel's illness and illness in his family and the Court's granting the dismissal of the other named Appellants on December 17, 2015 and there will be no prejudice to either party. The motion is unopposed and Appellant will not oppose Appellees' request for additional time to file their Brief.

For the above reasons, Appellant respectfully request that the motion be granted.

Dated this 21st day of December 2015.

Respectfully submitted,

*/ S /* Donald E.  Little
Donald E. Little
TX Bar No. 24076191
506 Rolling Green Drive
Lakeway, Texas 78734
Attorney for Appellant

# CERTIFICATE OF SERVICE

I certify that on the 21ˢᵗ day of December, 2015, I [  ] mailed, postage prepaid, [ x ] E-Mail transmission, [   ] faxed, [   ] hand-delivered a true and correct copy of the foregoing  to:

Dan Bitting -dbitting@scottdoug.com>
Cindy Saitier- csaiter@scottdoug.com
Scott, Douglass & McConnico, L.L.P.
600 Congress Avenue, Suite 1500
Austin, TX 78701-3234

/S/  Donald E. Little
Donald E. Little